| | |
|---|---|
| 1 | Audra M. Mori, Bar No. 162850 |
|   | AMori@perkinscoie.com |
| 2 | Katherine M. Dugdale, Bar No. 168014 |
|   | KDugdale@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 1888 Century Park East, Suite 1700 |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: 310.788.9900 |
| 5 | Facsimile: 310.788.3399 |

FILED
CLERK, U.S. DISTRICT COURT
FEB 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Attorneys for Plaintiff
MICROSOFT CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SELWYN BRERETON, an individual, d/b/a BRERETON COMPUTER SERVICES,<br><br>        Defendant. | Case No. 08CV-06875 CBM (PLAx)<br><br>[~~PROPOSED~~] ORDER RE STIPULATED PERMANENT INJUNCTION<br><br>*Stipulated Permanent Injunction filed concurrently herewith* |

    Pursuant to the stipulation of the parties and good cause appearing, Defendant Selwyn Brereton, an individual, doing business as Brereton Computer Services ("Defendant"), along with his agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with him, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

    (a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"), Certificate of Authenticity ("COAs") or items protected by Microsoft's

| | |
|---|---|
| 1 | registered trademarks and service mark, including, but not limited to, the following |
| 2 | Trademark and/or Service Mark Registration Numbers: |
| 3 | (1) 1,200,236 ("MICROSOFT"); |
| 4 | (2) 1,256,083 ("MICROSOFT"); |
| 5 | (3) 1,872,264 ("WINDOWS"); |
| 6 | (4) 2,744,843 (COLORED FLAG DESIGN); |
| 7 | or the software programs, components, EULAs, COAs, items or things protected by |
| 8 | the following Certificate of Copyright Registration Number: |
| 9 | TX 5-407-055 ("Windows XP Professional"); |
| 10 | or any other works now or hereafter protected by any of Microsoft's trademarks or |
| 11 | copyrights; |
| 12 | (b)  manufacturing, assembling, producing, distributing, offering for |
| 13 | distribution, circulating, selling, offering for sale, advertising, importing, promoting, |
| 14 | or displaying any software program, component, EULA, COA, item or thing bearing |
| 15 | any simulation, reproduction, counterfeit, copy, or colorable imitation of any of |
| 16 | Microsoft's registered trademarks or service mark, including, but not limited to, the |
| 17 | Trademark and Service Mark Registration Nos. listed in Paragraph (a) above; |
| 18 | (c)  using any simulation, reproduction, counterfeit, copy, or colorable |
| 19 | imitation of Microsoft's registered trademarks or service mark including, but not |
| 20 | limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) |
| 21 | above, in connection with the manufacture, distribution, offering for distribution, |
| 22 | sale, offering for sale, advertisement, promotion, or display of any software, |
| 23 | component, EULA, COA, item or thing not authorized or licensed by Microsoft; |
| 24 | (d)  using any false designation of origin or false description which can or |
| 25 | is likely to lead the trade or public or individuals erroneously to believe that any |
| 26 | software, component, EULA, COA, item, or thing has been manufactured, |
| 27 | produced, distributed, offered for distribution, advertised, promoted, displayed, |
| 28 | |

licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendant's trade or corporate names;

(f) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

IT IS SO ORDERED.

DATED: 2/3/2010

_____
The Honorable Consuelo B. Marshall
United States District Judge